# MightyGood.

# Purchase Order

| | |
|---|---|
| Date: | **May 22, 2020** |
| PO Reference #: | **52201** |
| Customer ID: | **UNIVGP** |

**Bill To:**

**Vendor**    **Universal GP Products, LLC**

**Jose Reyes**

**854 Edgemont Park**

**Grosse Pointe Park, MI 48230**

**Mighty Good Solutio**

**Attn: Ben Rendo**

**616 E 63rd St, Ste 204**

**Kansas City, MO 6411**

**Ph: 816-668-0132**

## Conditions

**Air freight - Must arrive by 6/5/2020 to the following facility:**

**Champion Brands**

**Attn: Matt Lowe**

**1001 Golden Dr**

**Clinton, MO 64735**

| Qty | Item # | Description | Job | Unit Price | Line Total |
|---|---|---|---|---|---|
| 500,000 | 943561P | 32 oz Pump | N/A | $ 0.653 | $ 326,500.00 |
| | | | | Less Deposit | $ (50,000.00) |
| | | | | Total $ | **276,500.00** |

| | |
|---|---|
| **Ben Rendo** | **5/22/20** |
| *Authorized by* | *Date* |

616 E 63rd St, Suite 204, KCMO 64110. Ph:816-668-0132 / Em: ben@mightygoodsolutions.com



EXHIBIT
A

# MightyGood.

# Purchase Order

| | |
|---|---|
| **Date:** | **June 1, 2020** |
| **PO Reference #:** | **52202** |
| **Customer ID:** | **UNIVGP** |

**Bill To:**

**Mighty Good Solutio**
**Attn: Ben Rendo**
**616 E 63rd St, Ste 204**
**Kansas City, MO 6411**
**Ph: 816-668-0132**

**Vendor**

**Universal GP Products, LLC**
**Jose Reyes**
**854 Edgemont Park**
**Grosse Pointe Park, MI 48230**

## Conditions

**Air freight - Must arrive to the following facility:**

**Champion Brands**

**Attn: Matt Lowe**

**1001 Golden Dr**

**Clinton, MO 64735**

| Qty | Item # | Description | Job | Unit Price | Line Total |
|---|---|---|---|---|---|
| 4,500,000 | | 32 oz Pump - 28/400A | N/A | $ 0.653 | $ 2,938,500.00 |
| 1,000,000 | | 64 oz Pump - 38/400A | N/A | $ 1.159 | $ 1,159,000.00 |
| | | | | Total | $ 4,097,500.00 |

| | |
|---|---|
| **Ben Rendo** | **6/1/20** |
| *Authorized by* | *Date* |