UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| MIGHTY GOOD SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:22-cv-11153-DPH-KGA |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSAL GP PRODUCTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>PLAINTIFF MIGHTY GOOD SOLUTIONS, LLC'S</u>**
**<u>DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE</u>**

COMES NOW Plaintiff Mighty Good Solutions, LLC by and through its undersigned attorneys, and for its Disclosure of Organizational Interests Certificate, states as follows:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):

    **N/A**

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

    **N/A**

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

    **N/A**

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

**Mighty Good Solutions, LLC is a Kansas limited liability company.**

a. Ben Rendo         Missouri
b. Anita Newton     Kansas
c. Harry Campbell   Kansas
d. Golden Age LLC   Missouri

Respectfully submitted,

CARMODY MACDONALD P.C.

By:     /s/ Meghan M. Lamping
        Meghan M. Lamping, #59987MO
        120 South Central Avenue, Suite 1800
        St. Louis, Missouri 63105
        Telephone (314) 854-8600
        Facsimile (314) 854-8660
        mml@carmodymacdonald.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of May, 2022, the foregoing was filed with the Clerk of Court electronically, to be served by operation of the Court's electronic filing system upon all parties of record.

        /s/ Meghan M. Lamping