UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN (DETROIT) DIVISION

| | |
|---|---|
| MIGHTY GOOD SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> -v- <br><br> UNIVERSAL GP PRODUCTS, LLC, <br><br> Defendant. | Case No. 2:22-cv-11153-DPH-KGA <br><br> Hon. Denise Page Hood <br> Mag. Hon. Elizabeth Stafford |

| | |
|---|---|
| Miller Canfield <br> Jeffrey Alan Crapko (P78487) <br> *Attorneys for Plaintiff* <br> 150 W. Jefferson Ave Ste 2500 <br> Detroit, MI 48226 <br> 248-267-3237 <br> Fax: 248-879-2002 <br> crapko@millercanfield.com <br><br> Carmody Macdonald P.C. <br> Meghan M. Lamping (59987MO) <br> Brandon S. Stein (73707MO) <br> *Attorneys for Plaintiff* <br> 120 South Central Ave Ste 1800 <br> St. Louis, Missouri 63105 <br> (314) 854-8600 <br> Fax 314-854-8660 <br> mml@carmodymacdonald.com <br> bss@carmodymacdonald.com | Wood Kull Herschfus Obee & Kull, PC <br> Brian H. Herschfus (P41567) <br> *Attorneys for Defendant* <br> 37000 Grand River Ave Ste 290 <br> Farmington Hills, MI 48335 <br> 248-476-2000 <br> Fax: 248-476-3660 <br> bhh@woodkull.com |

## INDEX OF EXHIBITS TO DEFENDANT UNIVERSAL GP PRODUCTS, LLC'S MOTION TO DISMISS

1

| | | |
|---|---|---|
| 1 | 02/10/2021 | Notice of Removal and Missouri State Case; 4:21-cv-00080-FJG (USDC WD MO) |
| 2 | 11/21/2021 | Order [4:21-cv-00080-FJG (USDC WD MO)] |
| 3 | 05/22/2020 | Purchase Order |
| 4 | 06/21/2020 | Purchase Order |
| 5 | 10/29/2021 | Declaration of Jose Reyes |
| 6 | 02/24/2021 | Declaration of Jose Reyes |
| 7 | 03/23/2021 | *Allen v Chrysler Group, LLC*; 2010 Mich App LEXIS 741 |
| 8 | 10/02/2020 | Letter to Plaintiff's Counsel |