UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN (DETROIT) DIVISION

| | |
|---|---|
| MIGHTY GOOD SOLUTIONS, LLC, </br></br> Plaintiff, </br></br> -v- </br></br> UNIVERSAL GP PRODUCTS, LLC, </br></br> Defendant. | Case No. 2:22-cv-11153-DPH-KGA </br></br> Hon. Denise Page Hood </br> Mag. Hon. Elizabeth Stafford |

| | |
|---|---|
| Miller Canfield </br> Jeffrey Alan Crapko (P78487) </br> *Attorneys for Plaintiff* </br> 150 W. Jefferson Ave Ste 2500 </br> Detroit, MI 48226 </br> 248-267-3237 </br> Fax: 248-879-2002 </br> crapko@millercanfield.com </br></br> Carmody Macdonald P.C. </br> Meghan M. Lamping (59987MO) </br> Brandon S. Stein (73707MO) </br> *Attorneys for Plaintiff* </br> 120 South Central Ave Ste 1800 </br> St. Louis, Missouri 63105 </br> (314) 854-8600 </br> Fax 314-854-8660 </br> mml@carmodymacdonald.com </br> bss@carmodymacdonald.com | Wood Kull Herschfus Obee & Kull, PC </br> Brian H. Herschfus (P41567) </br> *Attorneys for Defendant* </br> 37000 Grand River Ave Ste 290 </br> Farmington Hills, MI 48335 </br> 248-476-2000 </br> Fax: 248-476-3660 </br> bhh@woodkull.com |

**DEFENDANT UNIVERSAL GP PRODUCTS, LLC'S**
**MOTION TO DISMISS**

# EXHIBIT 3

# MightyGood.

# Purchase Order

| | |
|---|---|
| Date: | May 22, 2020 |
| PO Reference #: | 52201 |
| Customer ID: | UNIVGP |

**Bill To:**

| Vendor | | | |
|---|---|---|---|
| | Universal GP Products, LLC | | Mighty Good Solutio |
| | Jose Reyes | | Attn: Ben Rendo |
| | 854 Edgemont Park | | 616 E 63rd St, Ste 204 |
| | Grosse Pointe Park, MI 48230 | | Kansas City, MO 6411 |
| | | | Ph: 816-668-0132 |

**Conditions**

Air freight - Must arrive by 6/5/2020 to the following facility:

**Champion Brands**
**Attn: Matt Lowe**
**1001 Golden Dr**
**Clinton, MO 64735**

| Qty | Item # | Description | Job | Unit Price | Line Total |
|---|---|---|---|---|---|
| 500,000 | 943561P | 32 oz Pump | N/A | $ 0.653 | $ 326,500.00 |
| | | | | Less Deposit | $ (50,000.00) |
| | | | | Total $ | **276,500.00** |

| | |
|---|---|
| **Ben Rendo** | **5/22/20** |
| *Authorized by* | *Date* |

616 E 63rd St, Suite 204, KCMO 64110. Ph:816-668-0132 / Em: ben@mightygoodsolutions.com