UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN (DETROIT) DIVISION

| | |
|---|---|
| MIGHTY GOOD SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> -v- <br><br> UNIVERSAL GP PRODUCTS, LLC, <br><br> Defendant. | CASE NO. 2:22-CV-11153-DPH-KGA <br><br> HON. DENISE PAGE HOOD <br> MAG. HON. ELIZABETH STAFFORD |

| | |
|---|---|
| MILLER CANFIELD <br> JEFFREY ALAN CRAPKO (P78487) <br> *Attorneys for Plaintiff* <br> 150 W. JEFFERSON AVE STE 2500 <br> DETROIT, MI 48226 <br> 248-267-3237 <br> FAX: 248-879-2002 <br> CRAPKO@MILLERCANFIELD.COM <br><br> CARMODY MACDONALD P.C. <br> MEGHAN M. LAMPING (59987MO) <br> BRANDON S. STEIN (73707MO) <br> *Attorneys for Plaintiff* <br> 120 SOUTH CENTRAL AVE STE 1800 <br> ST. LOUIS, MISSOURI 63105 <br> (314) 854-8600 <br> FAX 314-854-8660 <br> MML@CARMODYMACDONALD.COM <br> BSS@CARMODYMACDONALD.COM | WOOD KULL HERSCHFUS OBEE & KULL, PC <br> BRIAN H. HERSCHFUS (P41567) <br> *Attorneys for Defendant* <br> 37000 GRAND RIVER AVE STE 290 <br> FARMINGTON HILLS, MI 48335 <br> 248-476-2000 <br> FAX: 248-476-3660 <br> BHH@WOODKULL.COM |

**DEFENDANT UNIVERSAL GP PRODUCTS, LLC'S
MOTION TO DISMISS**

# EXHIBIT 4

# MightyGood.

# Purchase Order

| | |
|---|---|
| Date: | June 1, 2020 |
| PO Reference #: | 52202 |
| Customer ID: | UNIVGP |

**Vendor**

Universal GP Products, LLC
Jose Reyes
854 Edgemont Park
Grosse Pointe Park, MI 48230

Bill To:

Mighty Good Solutio
Attn: Ben Rendo
616 E 63rd St, Ste 204
Kansas City, MO 6411
Ph: 816-668-0132

**Conditions**

**Air freight - Must arrive to the following facility:**

**Champion Brands**
**Attn: Matt Lowe**
**1001 Golden Dr**
**Clinton, MO 64735**

| Qty | Item # | Description | Job | Unit Price | Line Total |
|---|---|---|---|---|---|
| 4,500,000 | | 32 oz Pump - 28/400A | N/A | $ 0.653 | $ 2,938,500.00 |
| 1,000,000 | | 64 oz Pump - 38/400A | N/A | $ 1.159 | $ 1,159,000.00 |
| | | | | Total $ | $ 4,097,500.00 |

| | |
|---|---|
| **Ben Rendo** | **6/1/20** |
| *Authorized by* | *Date* |

616 E 63rd St, Suite 204, KCMO 64110. Ph:816-668-0132 / Em: ben@mightygoodsolutions.com