UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIGHTY GOOD SOLUTIONS, LLC,

      Plaintiff,

v.

UNIVERSAL GP PRODUCTS, LLC,

      Defendant.

Case No. 22-cv-11153

Hon. Denise Page Hood

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Plaintiff Mighty Good Solutions, LLC ("Plaintiff"), hereby moves for leave to withdraw the appearance of Meghan M. Lamping as counsel for Plaintiff, as she is no longer employed by the firm Carmody MacDonald, P.C.  Plaintiff's remaining counsel of record shall otherwise remain the same; this withdrawal will not cause prejudice to any party, cause Plaintiff to be without representation, or otherwise affect the proceedings in this matter.  Pursuant to Eastern District of Michigan Local Rule 7.1, a conference was had between the parties and Defendant indicated that it does not oppose the relief requested in this motion.

WHEREFORE Mighty Good Solutions, LLC, respectfully requests this Court direct the Clerk to withdraw the appearance of Megan M. Lamping as counsel in the above-captioned matter, as provided in the attached Proposed Order.

39796062.1/161506.00001

                                        Respectfully submitted,

                                        MILLER CANFIELD PADDOCK & STONE PLC

                                        By: */s/Jeffrey A. Crapko*
                                                  Jeffery A. Crapko (P78487)
                                                  150 W. Jefferson Ave. Ste 2500
                                                  Detroit, MI 48226
                                                  Telephone: (248) 267-3237
                                                  Facsimile: (248) 879-2002
                                                  crapko@millercanfield.com

                                        CARMODY MACDONALD P.C.

                                        Tyler C. Schaeffer, #60847MO
                                        Branden S. Stein, #73707MO
                                        120 S. Central Ave., Suite 1800
                                        St. Louis, Missouri 63105
                                        Telephone (314) 854-8600
                                        Facsimile (314) 854-8660
                                        tcs@carmodymacdonald.com
                                        bss@carmodymacdonald.com
                                        Dated: October 3, 2022

Dated: October 24, 2022                     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 24, 2022, the foregoing document was electronically filed with the Clerk of the Court using the courts electronic filing system, which will send notification of such filing to all attorneys of record.

                                        /s/ Jeffrey A. Crapko
                                        Jeffrey A. Crapko
                                        crapko@millercanfield.com

39796062.1/161506.00001